IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:15-cr-00297-SWW |
| | * | |
| | * | |
| MARTINI DESHAWN ROBINSON, | * | |
| | * | |
| Defendant. | * | |

ORDER

Before the Court is the United States of America's amended motion to dismiss forfeiture allegation as to certain property (Dkt. 12).[1] During the course of the investigation of the above-referenced matter, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") seized from Martini Deshawn Robinson ("Defendant") the following property:

1. one Glock, model 27, .40 caliber pistol, bearing serial number SMZ813,

2. one Diamondback, model DB380, .380 caliber pistol, bearing serial number ZA7072,

3. $8,300.00 in U.S. Currency, and

4. $439,306.00 in U.S. Currency

(collectively "the seized property").

The indictment filed in this case gave notice of the United States' intent to seek at sentencing the forfeiture of the seized property. In addition to the criminal forfeiture proceeding, the ATF also started administrative forfeiture proceedings against the seized property. On January 12, 2016, the ATF completed its administrative forfeiture proceedings and issued an

---

[1] The original motion to dismiss forfeiture allegation (Dkt. 11) is denied as moot.

administrative declaration of forfeiture.  A declaration of forfeiture has the same force and effect as a judicial decree of forfeiture; therefore, the seized property now belongs to the United States.  A criminal forfeiture action is unnecessary.  Accordingly, the motion is GRANTED, and the forfeiture allegations are dismissed.

        IT IS SO ORDERED this 7th day of March 2016.

        /s/Susan Webber Wright
        UNITED STATES DISTRICT JUDGE